# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Earl Wattleton,            Case No. 19-CV-1490 (MJD/HB)

    Petitioner,

**ORDER**

v.

Warden Steve Kallis, Federal Medical
Center Rochester,

    Respondent.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Hildy Bowbeer dated June 26, 2019 [Doc. No. 4] recommending that the petition for writ of habeas corpus be denied.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. David Earl Wattleton's petition for a writ of habeas corpus of [Doc. No. 1] is **DENIED**; and

3. Wattleton's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 30, 2019

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court